IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01825-RPM


COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY,

     Plaintiff,

v.

UNITED SPECIALTY INSURANCE COMPANY,

     Defendant.
_____

ORDER OF DISMISSAL
_____

     Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 15], it is

     ORDERED that this action is dismissed with prejdice, each party to pay their own

costs and attorneys' fees.

     DATED:   February 3rd, 2016

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge